# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162442 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                          SC: 162442
                                          COA: 355786

SCOTT ANDREW WITZKE,
        Defendant-Appellant.
                                          Oakland CC: 2020-273785-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 30, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021



s0119

                                          Clerk